# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** EDWIN BURGOS a.k.a. HECTOR CRUZ                    Docket No. 3:00CR00197 (DJS)

## PETITION ON PROBATION AND SUPERVISED RELEASE

COMES NOW Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Edwin Burgos a.k.a. Hector Cruz who was sentenced to 48 months imprisonment for a violation of 18 U.S.C. Sections 922(g)(1) and 924 (a)(2), Felon in Possession of Ammunition by the Honorable Dominic J. Squatrito, Senior U.S. District Judge sitting in the court at Hartford, Connecticut on June 19, 2003 who fixed the period of supervision at 3 years which commenced on January 30, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) Participate in substance abuse treatment program as directed by Probation Office; 2) Participate in a mental health treatment program as directed by the Probation Office.

Mr. Burgos's term of supervised release is scheduled to expire on January 30, 2007.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following condition of supervised release:

**Charge No.1:** Standard Condition No.1: "Shall not commit another federal, state or local crime."

On September 22, 2004, Edwin Burgos was arrested in Hartford, Connecticut and charged with Sexual Assault 1st Degree, Assault 3rd Degree, Threatening and Use of a Motor Vehicle without Authorization. Details of the aforementioned charges are unavailable. Mr. Burgos has been held on a $750,000 bond at the Hartford Correctional Center since his arrest and is scheduled to appear in Hartford Superior Court on January 6, 2005.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 27th day of December, 2004 and ordered filed and made a part of the records in the above case.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge

Sworn to By _____
Steven J. Lambert
Senior United States Probation Officer

Place _Hartford_

Date _December 27, 2004_

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this 27th day of December, 2004 at Hartford, Connecticut, Senior U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge