UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

    v.                              :    CASE NO. 3:00CR197(DJS)

HECTOR CRUZ                     :

TRANSFER TO UNITED STATES DISTRICT JUDGE

In the interest of justice, the above-captioned case is transferred to the Honorable *Christopher F. Droney*, United States District Judge, who presides in Hartford, Connecticut for all purposes.

All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford Connecticut and bear the docket number 3:00CR197(*CFD*). Pleadings or documents relating to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

    **IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this 13th day of May, 2008.

                                            /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge