# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** HECTOR CRUZ                    **Docket No.** 3:000CR00197(DJS)

### AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

COMES NOW Steven J. Lambert, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Hector Cruz who was sentenced to 48 months' imprisonment for a violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2), Felon in Possession of Ammunition by the Honorable Dominic J. Squatrito, Senior U.S. District Judge sitting in the court at Hartford, Connecticut on June 19, 2002 who fixed the period of supervision at 3 years which commenced on January 30, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program as directed by the Probation Office; and, 2) The defendant shall participate in a mental health treatment program as directed by the Probation Office.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following condition of supervised release:

**Charge No.1**: Standard Condition No.1: "Shall not commit another federal, state or local crime."
On September 27, 2004, Mr. Cruz was arrested by the Hartford Police Department and charged with Sexual Assault 1st degree and Unlawful Restraint 1st degree (Dkt. No. HHD-CR04-0584868). On February 25, 2005, Mr. Cruz was charged with Assaulting a Correctional Officer ( Dkt. No. HHD-CR05-0588237) at the Hartford Correctional Center in Hartford, Connecticut. On January 14, 2008, Mr. Cruz was convicted in Hartford Superior Court of both of the aforementioned charges and sentenced to 7years' imprisonment and 5 years' imprisonment concurrent, respectively.

**Charge No. 2**: Standard Condition No. 6: "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."
On July 26, 2004, during a home visit to Mr. Cruz's residence, the probation officer was informed that Mr. Cruz had not resided at this address for at least a month. Mr. Cruz had not notified the Probation Office of an address change and his whereabouts were unknown until his arrest on September 27, 2004.

**Charge No. 3**: "The defendant shall participate in substance abuse treatment as directed by the probation office."
On July 26, 2004, Mr. Cruz was unsatisfactorily discharged from outpatient substance abuse treatment at the Wheeler Clinic after missing three consecutive scheduled appointments.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

ORDER OF COURT                                      Sworn to By _____

Considered and ordered this 19th day of May 2008 and                    Steven J. Lambert
ordered filed and made a part of the records in the above               Senior United States Probation Officer
case.
/s/ Christopher F. Droney, USDJ                     Place _Hartford, CT_

The Honorable Dominic J. S /s/ Christopher F. Droney, USDJ
Senior United States District Judge            Date _May 19, 2008_
                          CFD

Before me, the Honorable Dominic J. Squatrito, Senior United States District Judge, on this 19th day of May, 2008 at Hartford, Connecticut, Senior U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Christopher F. Droney, USDJ

The Honorable Dominic J. Squatrito
Senior United States District Judge