# MEMO TO FILE

*From the Desk of*

### Inspector Richard Cousins

State vs        Hector Cruz

Docket No.      14-584868

Date:           5/25/2005

---

On 5/24/05 at approximately 4:30PM I interviewed the witness Migel Delgado at the Hartford Amtrak Station at Union Place. Mr. Delgado is empl0oyed by SECURITAS security service and works the 2nd shift at the train station.

I asked Mr. Delgado if he recalls the police questioning him about the woman who complained of being raped in the ladies room at the train station on 9/11/04. He said he did recall the incident. I asked him if he is acquainted with, or friends with the defendant, Hector Cruz aka Edward Burgos. Delgado answered "no," but stated that he knows him by sight from him hanging around the train station. He recalls the victim in this case for the same reason, but does not know her by name.

He denies seeing the victim and defendant entering or leaving the ladies room. He said he recalls the victim sitting in the train station on a bench on the date this incident occurred, and that he asked her if she was waiting for a bus or train. She told him that she was waiting for her boyfriend and he says he had no further discussion with her. He says that she did not appear to be in any distress, or to have been upset or crying.

His phone number is 895-9941.

RCousins –

6-2-05

Please inform V. of offer
15/7/10.
David –