

## DOCKET NUMBERS:

HHD-CR04-0584868-T,
HHD-CR05-0588237-T

## OFFENSES AS CHARGED:

Docket HHD-CR04-584868-T:
Sexual Assault 1st Degree
Threatening 2nd Degree
Assault 3rd Degree
Using a Motor Vehicle Without Owner's Permission

Docket HHD-CR05-588237-T:
Assault on a Police Officer

## OFFENSES AS CONVICTED:

Docket HHD-CR04-584868-T:
S/I Unlawful Restraint 1st Degree

Docket HHD-CR05-588237-T:
Assault on a Police Officer

## STATUTE(S) & PENALTY(IES):

53a-95: NLT one year/NMT five years imprisonment and/or $5,000 fine
53a-167c: NLT one year/NMT ten years imprisonment and/or $10,000 fine. If any person who is confined in an institution or facility of the Department of Correction is sentenced to a term of imprisonment for assault of an employee of the Department of Correction under this section, such term shall run consecutively to the term for which the person was serving at the time of the assault.

CR-71 DP REV. 12/03

**STATE OF CONNECTICUT**
SUPERIOR COURT

ORIGINAL INFORMATION: YES
COURT DATE: 02/17/2005 AT: GA14 - HARTFORD
DISPOSITION DATE:
DOCKET NO.: CR05-0588237-

The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut charges that

Burgos, Edward

CRUZ HECTOR
44 CHURCH ST, EAST HARTFORD, CT 00000

JAN 14 2008

**did commit the offenses recited below:**

Count: 001    ASSAULT-PUB SFTY/EMGY MED PERS    Type/Class: F/C    At: HARTFORD
On or About: 02/06/2005                         In Violation Of CGS/PA No: 53a-167c

| SEE OTHER SHEETS FOR ADDITIONAL COUNTS | DATE FEB 17 2005 | SIGNED (DEPUTY ASST. STATES ATTORNEY) |
|---|---|---|

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA: D'Addabbo, J. FEB 17 2005 (DATE)
BOND: $10000    SURETY: NSB    CASH ☐    ELECTION: COURT ☐ JURY ☐
ATTY: ☒ PUB. DEFENDER  N Annastasi    GUARDIAN: Lorenzen INC
REDUCTION: 150,000 C/S    B.O.    APPEAL: C/F
ELECTION WITHDRAWN DATE: SEIZED PROPER ☐

| PLEA DATE | PLEA | PLEA WITHDRAWN DATE / NEW PLEA | VERDICT FINDING | FINE | JAIL | FINAL DISPOSITION |
|---|---|---|---|---|---|---|
| 10/11/07 | NOLO | | GY JAN 14 2008 | | | D'Addabbo, J. FEB 17 2005  7 years |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES DATE | PURPOSE | REASON |
|---|---|---|---|---|---|

H14H  CR05 0588237 S

17 2005  Public Defender Appointed ✓  Denied                S/D'Addabbo
C 08 2005  PC Found
           Δ rejects offer
           Transfer to Part A                               MIANO
V 01 2007  Judge calls case in for status. ASA to          (MIANO)
           proceed. Time b/t 6/1/07 and 6/12/07 excludable
           for speedy trial purposes.

1. 3-10-05 DA
2. 04-07-05 PA
3. 04-28-05 PA
4. 6-2-05 PA
5. 6-30-05 PA
6. 7-21-05 PA
7. ~~7-6~~
8. 8-30-05 PA
9. 9-30-05 PA
10. 10-13-05 PA

| PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | SIGNED CLERK | SIGNED JUDGE |
|---|---|---|---|---|---|

PROSECUTOR ON ORIGINAL DISPOSITION: Aseyja
REPORTER ON ORIGINAL DISPOSITION: Carlon
SIGNED CLERK: BAW
SEE REVERSE S

# INFORMATION
JD-CR-71 Rev. 6-06

filed 10/11/07

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

DISPOSITION DATE: JAN 14 2008

## TITLE, ALLEGATION AND COUNTS

STATE OF CONNECTICUT VS. (Name of accused): Edward Boykin
AKA: Hector Cruz
G.A. NO.:
DOCKET NO.: 584868
9-28-78
DATE OF BIRTH: 9/29/77

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that:

ADDRESS:
TO BE HELD AT (Town):
COURT DATE:

**FIRST COUNT - DID COMMIT THE OFFENSE OF**: SJ: Unlawful Restraint 1st
AT (Town): Hartford
ON OR ABOUT (Date): 9/11/04
IN VIOLATION OF GENERAL STATUTE NO.: 53a-95

CONTINUED TO / PURPOSE / REASON:
12/13/07 D-PSI
1-10-08 D PSI
1-14-08 D PSI
1-16-08 D PSI

**SECOND COUNT - DID COMMIT THE OFFENSE OF**:
AT (Town):
ON OR ABOUT (Date):
IN VIOLATION OF GENERAL STATUTE NO.:

**THIRD COUNT - DID COMMIT THE OFFENSE OF**:
AT (Town):
ON OR ABOUT (Date):
IN VIOLATION OF GENERAL STATUTE NO.:

☐ SEE OTHER SHEET(S) FOR ADDITIONAL COUNTS
DATE: 10-11-07
SIGNED (Prosecuting Authority)

## COURT ACTION

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE): Miller   (DATE): 9/28/04
BOND: 750,000 c/s
SURETY:
☐ 10% ☐ CASH
ELECTION: ☐ CT ☐ JY

☐ ATTORNEY ☑ PUB. DEFENDER ☐ GUARDIAN: Lorenzen
BOND CHANGE: JAN 14 2008
SEIZED PROP. INVENTORY NO.: c/f

| COUNT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/11/07 | NOLO | | | GY | $ | $ | 5 years HHD Concurrent w/ S35237-T |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

## OTHER COURT ACTION

| DATE | | JUDGE |
|---|---|---|
| 10/11/07 | Advised of Penalty of Guilty Plea. Plea Found Voluntary. Advised of Immigration Laws. Right to Argue. PSI Ordered. DNA Notice. | (Gold) |
| | notice of right to have sent Review | (Gold) |
| | notice of Application given to DoC | |

RECEIPT NO.:
COST: ☐ IMP ☐ NCI
BOND INFORMATION: ☐ BOND FORFEITED  ☐ FORFEITURE VACATED
☐ FORFEITURE VACATED AND BOND REINSTATED

APPLICATION FEE - RECEIPT NO. IF PAID:
CIRCLE ONE: W I Q
PROGRAM FEE - RECEIPT NO. IF PAID:
CIRCLE ONE: W I Q
PROBATION FEE - RECEIPT NO. IF PAID:
CIRCLE ONE: W I Q

PROSECUTOR ON ORIGINAL DISPOSITION: Zagaja
REPORTER/MONITOR ON ORIG. DISP.: Carlon
SIGNED (Clerk): Bage
SIGNED (Judge):

☐ SEE BACK OF PAGE 1