**CRIMINAL NO. 3:00CR197(CFD)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, MACDOUGALL CORRECTIONAL INSTITUTION, 1153 EAST STREET SOUTH, SUFFIELD, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **HECTOR CRUZ, a/k/a Edwin Burgos** (DOB: 9/28/78; Inmate #227464) is now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **HECTOR CRUZ** before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, before the Honorable Christopher F. Droney, United States District Judge, on **Thursday, August 21, 2008 at 2:00 P.M.**, or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **HECTOR CRUZ** for violations of Title 18, United States Code, Section 922(g)(1) and 924(a)(2), and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said **HECTOR CRUZ** to the Warden, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut, under safe and secure conduct.

|  |  |
|---|---|
|  | ROBERTA D. TABORA |
| The foregoing Writ is | CLERK, U. S. DISTRICT COURT |
| hereby allowed.  Dated |  |
| at Hartford, |  |
| Connecticut, this _____ | _____ |
| day of July, 2008. | DEPUTY CLERK |

_____
HON. CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIM. NO. 3:00CR197(CFD) |
| HECTOR CRUZ, <br> a/k/a "Edwin Burgos" | : July 7, 2008 |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by James G. Genco, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On **Thursday, August 21, 2008, at 2:00 P.M.**, there will come before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of United States of America v. Hector Cruz, a/k/a "Edwin Burgos", Criminal No. 3:00CR197 (CFD).

2. That the above-named defendant, **HECTOR CRUZ**, (DOB: 9/28/78, Inmate #227464) is charged with violation of Title 18, United States Code, Section 922(j).

3. That the said **HECTOR CRUZ** is now confined at the MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut.

That the said defendant should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the MacDougall Correctional Institution, 1153 East Street South,

Suffield, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **HECTOR CRUZ** at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

        UNITED STATES OF AMERICA

        NORA R. DANNEHY
        ACTING UNITED STATES ATTORNEY

        /s/
        JAMES G. GENCO
        ASSISTANT UNITED STATES ATTORNEY
        450 MAIN STREET, ROOM 328
        HARTFORD, CT 06103
        TEL. (860) 947-1101
        FEDERAL BAR NO. ct00360

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : ss: Hartford, Connecticut |
| | :    July ____ 2008 |
| COUNTY OF HARTFORD | : |

     Personally appeared before me James G. Genco, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
Bernadette Ellis
Notary Public
My Commission expires _____