HONORABLE Droney    Viol Hrg(May 22, 2007)
DEPUTY CLERK Dew    RPTR/ECRO/TAPE Marshall
TOTAL TIME: ____ hours 40 minutes    USPO Jen A.    INTERPRETER ____
DATE 8/21/08    START TIME 2:55    END TIME 3:35

CR. No. 00CR197 (CFD)    DEFT # ____
UNITED STATES OF AMERICA    §
    §    Deneo ____ AUSA
vs.    §
    §
Hector Cruz    §    < Ward    ☑
    Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

☒ SUPERVISED RELEASE    ☐ PROBATION    ☐ COMPLIANCE HEARING (check one)

☐ Deft arrested on ____
☐ Deft failed to appear, Bench warrant to issue
☐ Violation Hrg continued until ____ at ____
☒ Deft admits violation
☐ CJA 23 Financial Affidavit filed ☐ sealed by the Court.
☐ Court appoints ____ to represent defendant ☐ for this proceeding ☐ for entire proceeding;
    CJA Appointment date: ____
☐ Order appointing Federal Public Defender's Office filed
☒ Court finds deft ☒ has ☐ has not violated terms of ☐ probation ☒ supervised release
☒ ~~Probation~~/Supervised Release ☒ revoked ☐ continued ☐ modified
☒ __9__ months imprisonment on Count(s) __one__ to be served consecutively to state sentence
☐ Upon release the defendant shall be on supervised release for a term of ____ years/months
☐ ☐ Supervised release ☐ probation continued for a period of ____ years/months on count(s) ____

☐ Deft shall pay a fine of $ ____ on Count(s) ____ to be paid by ____
☐ Court recommends incarceration at ____
☐ Deft shall pay $ ____ per month for the cost of ☐ incarceration ☐ supervised release
    ☐ community confinement (Halfway House)
☐ Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐ Deft ordered to surrender on ____ to ☐ U.S. Marshal ☐ institution
☐ Bond ☐ continued ☐ set at $ ____ ☐ Non-surety ☐ Surety ☐ PR
☐ Violation sentencing set for ____
☒ Deft detained

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE